# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

The Trustees of the Roofers Local No. 96
Fringe Benefit Funds, and the Trustees
of the National Roofing Industry Pension Plan,

Plaintiffs,

Civil File No. 01-2082 DSD/SRN

vs.

**INJUNCTION**

Elite Roofing and Construction Inc., a
Minnesota corporation.

Defendant.

Pursuant to this Court's Order dated February 15, 2002:

1. Defendant is to submit forthwith to Plaintiffs' Third-Party Administrator ("TPA") all delinquent fringe benefit contribution Report Forms and pay forthwith fringe benefit contribution payments for all months for which Defendant is delinquent, together with interest and liquidated damages.
2. Defendant is to submit forthwith to Plaintiffs' TPA all its books and records for an audit disclosing the amount of unpaid fringe benefit contribution payments.
3. The Defendant shall cooperate in all ways with this audit.
4. Defendant, acting through its directors, officers, agents, servants, employees, shareholders, and all persons acting in privity or in concert with it, is MANDATED to submit to Plaintiffs' TPA all fringe benefit contribution Report Forms and all fringe benefit contribution payments as they become due.

BY THE COURT:

Dated: February 15, 2002

David S. Doty
United States District Judge

FILED 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F:\Labor\8000_8090 Roofers\8040.28 & 8090.14 Elite Roofing\Doc\Injunction.doc hrf