**UNTIED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Roofers Local No. 96 Fringe Benefit Funds, and the Trustees of the National Roofing Industry Pension Plan,

Plaintiffs,

vs.

Elite Roofing and Construction Inc., a Minnesota corporation,

Defendant.

Civil File No. 01-2082 DSD/SRN

**SATISFACTION OF JUDGMENT**

---

The Judgment in the above entitled action, rendered in the United States District Court, District of Minnesota on the 16th day of September, 2002, for $44,799.36 in favor of the Trustees of the Roofers Local No. 96 Fringe Benefit Funds, and the Trustees of the National Roofing Industry Pension Plan, the Plaintiffs above-named, and against Elite Roofing and Construction Inc., a Minnesota corporation, the Defendant above-named, is paid and satisfied in full; and the Clerk of Court shall record the same.

s/ Stephen C. Kelly
Stephen C. Kelly, Esq.
Attorney for Plaintiffs
ROSENE, HAUGRUD & STAAB, CHARTERED
400 Robert Street North, Suite 1800
St. Paul, MN 55101
(651) 227-6621
Attorney Registration No. 239203

Subscribed and sworn to before me
this 13th day of February, 2007.

s/ Rachel M. Harnly
Notary Public

F:\Labor\8000_8090 Roofers\8040.28 & 8090.14 Elite Roofing\Satisfaction of Judgment - US Dist.doc