**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

The Trustees of the Roofers Local No. 96 Fringe Benefit Funds, and the Trustees of the National Roofing Industry Pension Plan,

Plaintiffs,

vs.

Elite Roofing and Construction Inc., a Minnesota corporation,

Defendants.

Civil File No. 01-2082 DSD/SRN

**CERTIFICATE OF SERVICE**

---

I hereby certify that on February 13, 2007, I caused the following document:

Satisfaction of Judgment,

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Andrew E. Staab aes@rhschtd.com
Stephen Kelly skelly@rhschtd.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participant:

Elite Roofing and Construction, Inc.
Attn: Mr. James R. Jackson
3069 70th Avenue
Wilson, WI 5407

Dated: February 13, 2007

s/ Stephen C. Kelly________________________
Stephen C. Kelly

F:\Labor\8000_8090 Roofers\8040.28 & 8090.14 Elite Roofing\Certificate of Service 1-9-07.doc